Order entered July 30, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00564-CV

### IN THE INTEREST OF S.D.S.H., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50238-07**

## ORDER

The reporter's record in this case is overdue. By postcard dated June 10, 2015, we notified the official court reporter for the 380th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Karla Kimbrell to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. *We notify appellant that if we receive verification he has not requested the reporter's record, we will*

*order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE